46447.   PEREZ v. LIBERTY MUTUAL
INSURANCE COMPANY et al.

EBERHARDT, Judge. There being ample evidence in this workmen's compensation case to support the findings and awards of the deputy director and of the full board denying the employee's claim based on a change in condition, the judgment of the superior court affirming the award of the board is

*Affirmed. Hall, P. J., and Deen, J., concur. Whitman, J., not participating.*
SUBMITTED SEPTEMBER 16, 1971—DECIDED NOVEMBER 8, 1971.

*Albert P. Feldman,* for appellant.
*Swift, Currie, McGhee & Hiers, James B. Hiers, Jr.,* for appellees.